**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-7367

BERNARD MCFADDEN,

Plaintiff - Appellant,

v.

MR. WESTLEY, Officer of Kirkland's Law Library; CHRISTOPHER
FLORIAN, SCDC Staff Attorney; DIANE HINGLE, SCDC State
Classification Officer; CANDI L. CANNON, SCDC State
Classification Officer; MRS. YORK, Kershaw Institutional
Classification Officer; MR. EURY, FNU Kershaw Institutional
Classification Officer; MRS. AMASON,

Defendants – Appellees,

and

MARGARET SULLIVAN, 3d Circuit Court Reporter; MARY WILLIAMS,
SC Assistant Attorney General; CHARLES T. BROOKS, Court
Appointed PCR Attorney; MS. HOUGH, Grievance Coordinator of
Kershaw CI; MS. REYNOLDS, Warden of Kershaw, in their
individual or personal capacities,

Defendants.

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill. J. Michelle Childs, District
Judge. (0:12-cv-02392-JMC)

Submitted: January 22, 2015        Decided: January 27, 2015

Before SHEDD, KEENAN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

_____

Bernard McFadden, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bernard McFadden appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. McFadden v. Westley, No. 0:12-cv-02392-JMC (D.S.C. Aug. 19, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED